UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00153-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRISPIN JACINTO-BRAVO,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, May 18, 2009,** and responses to these motions shall be filed by **Wednesday, May 27, 2009.**  It is

FURTHER ORDERED that the parties shall contact the Court if they believe that a hearing on pending motions and/or final trial preparation conference needs to be set. It is

FURTHER ORDERED that a 2-day jury trial is set to commence **Monday, June 15, 2009, at 9:00 a.m. in Courtroom A-1002.**

Dated this 14th day of April 2009.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge